UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 15-20195 |
| | ) | |
| Jerome E Ball | ) | Chapter: 13 |
| | ) | Honorable Carol Doyle |
| | ) | |
| Debtor(s) | ) | Adv. No.: 15-00595 |
| Chicago Patrolmen's Federal Credit Union | ) | |
| Plaintiff(s) | ) | |
| v. | ) | |
| Jerome E Ball | ) | |
| Defendant(s) | ) | |

**ORDER GRANTING ENTRY OF DEFAULT AND DEFAULT JUDGMENT FINDING DEBT NONDISCHARGEABLE**

This cause comes before the Court on the motion of Plaintiff, Chicago Patrolmen's Federal Credit Union, made pursuant to Federal Rule of Civil Procedure 55, incorporated through Federal Rule of Bankruptcy Procedure 7055, for entry of default and default judgment, due notice having been given and the Court being fully advised in the premises;

IT IS HEREBY ORDERED:

1. That default is hereby entered against the Defendant, Jerome E Ball; and

2. That a default judgment is hereby entered against the Defendant, Jerome E Ball and the debt owed to Plaintiff is found nondischargeable pursuant to 11 U.S.C. §523, §523(a)(2)(A), and §523(a)(2)(B).

Enter: *[signature]*

Honorable Eugene R. Wedoff

Dated: November 03, 2015

United States Bankruptcy Judge

**Prepared by:**

TRUNKETT &TRUNKETT, P.C.
20 N. Wacker Drive, Suite 1434
Chicago, IL 60606
312.324.3101
Caroline O'Connell: 6316656